

FILED
MAY 0 7 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> PHILLIP JUNIOR WEBB ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Magistrate Case No. 18MJ2229 <br><br> **COMPLAINT FOR VIOLATION OF** <br><br> Title 21, U.S.C, Sections 841(a)(1) and 846 - Conspiracy to Distribute Controlled Substances; Title 8, U.S.C., Section 1324(a)(2)(B)(ii)- Bringing in Unlawful Alien(s) for Financial Gain |

The undersigned complainant being duly sworn states:

### Count 1

Beginning around July 2017 to November 2017, within the Southern District of California and elsewhere, defendant PHILLIP JUNIOR WEBB did knowingly and intentionally conspire and agree with others to distribute controlled substances, including kilograms of methamphetamine, a Scheduled II Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841.

### Count 2

On or about May 5, 2018, within the Southern District of California, defendant PHILLIP JUNIOR WEBB, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Jose Carmen NAVA-Bautista and Ming LIN had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United

States said aliens for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

*[signature]*
KEITH BANKS
Special Agent, Homeland Security Investigations

Sworn to before me and subscribed in my presence this 7 day of May 2018.

*[signature]*
THE HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Keith A. Banks, declare under penalty of perjury, the following is true and correct:

### Count 1 (Conspiracy to Distribute Controlled Substances)

Defendant Phillip Junior WEBB (Defendant) was an adult high school student at Castle Park High School in 2017, who recruited other high school students (juvenile high school students) to cross controlled substances into the United States.

**July 1, 2017 Methamphetamine Seizure**: On July 1, 2017, juvenile #1 applied for entry at the Otay Mesa Port of Entry (POE) as a pedestrian. CBP officers found approximately 1.32 kilograms of methamphetamine strapped to his legs. Post-arrest, the juvenile #1 told agents that approximately two months ago a friend asked him to transport narcotics from Mexico into the United States. The juvenile #1 stated he was told he would be transporting methamphetamine and he would be paid $400.00 on each occasion. The juvenile #1 told agents that he successfully smuggled narcotics approximately 15-20 times. The juvenile #1 claimed that he delivered the drugs in San Diego, but smuggled to San Bernardino approximately 5 times. The juvenile #1 claimed that he attends Castle Park High School, said that the group recruits kids from his high school. The juvenile #1 claimed to have several friends, who also work smuggling drugs. During a recent interview in May 2018, the juvenile #1 said that he crossed drugs over 20 times and sometimes twice a day. Based on the crossing history of juvenile #1 in 2017, agents identified defendant WEBB, who also attended Castle Park High School, who frequently crossed concurrently with him.

**September 19, 2017 Methamphetamine Seizures:** On September 19, 2017, juvenile #2 and juvenile #3 entered the Otay Mesa POE as pedestrians. Officers subsequently found two packages, containing approximately 1.48 kilograms of methamphetamine, strapped to the thighs of juvenile #2 and two packages, containing approximately 1.48 kilograms of methamphetamine, found strapped to the thighs of juvenile #3. Juvenile #2 claimed that defendant WEBB recruited him to smuggle drugs cross the border. Juvenile #2, Juvenile #3, and defendant Webb were attending Castle Park High School at that time. Defendant

WEBB offered to pay $500 for each smuggling event. Juvenile #2 went to an unidentified house in Tijuana, where he was strapped with the drugs. Juvenile #3 also claimed that he was recruited by defendant WEBB in high school to smuggle drugs through the border. Both juveniles said that defendant WEBB recruited several high school students to cross drugs into the United States. Juvenile #2 and juvenile #3 told agents that they crossed drugs on multiple prior occasions. Based on crossing history, juvenile #2 crossed concurrently minutes apart with defendant WEBB on several prior occasions. Based on crossing history, juvenile #3 crossed concurrently minutes apart with defendant WEBB on several prior occasions.

**September 27, 2017 Methamphetamine Seizure**: On September 27, 2017, juvenile #4 entered the United States at the San Ysidro Port of Entry pedestrian area. CBP officers found approximately 1.90 kilograms of methamphetamine strapped to his body. Juvenile #4 claimed that he was recruited by his high school friend (defendant WEBB) at Castle Park High School who told him to go to Las Americas after he crossed the drugs. Juvenile #4 claimed that he and defendant WEBB went to an unknown location in Tijuana. Juvenile #4 claimed that he did not want to continue but defendant WEBB encourage him to continue. Juvenile #4 claimed that he smuggled drugs through the border on multiple prior occasions. Juvenile #4 told agents that he was paid $300-$400 for each trip. One specific occasion, defendant WEBB delivered cash to juvenile #4 in the bathroom at Castle Park High School. Based on crossing history, WEBB entered United States minutes before juvenile #4 was arrested. WEBB also crossed concurrently minutes apart with juvenile #4 on multiple prior occasions in August and September 2017.

**October 23, 2017 Fentanyl Seizure**: On October 23, 2017, juvenile #5 entered the San Ysidro Port with approximately 1.20 kilograms (2.65 pounds) of fentanyl strapped to his lower back. Post-arrest, juvenile #5 said that three weeks earlier, a female friend from Chula Vista High School, asked him to do a favor for a friend. Juvenile #5 stated approximately a few days afterward, he received a message from "Anthony" on Facebook, but juvenile #5 changed his mind, but "Anthony" threatened juvenile #5 and claimed he knew where juvenile #5 resided. Agents believe that defendant WEBB was involved, because of his association with the Chula High School High School student identified by the juvenile #5, the similarities of the crossing, and the crossing record which showed that juvenile #5 and defendant WEBB crossed concurrently minutes apart on October 23, 2017.

## Count 2 (Alien Smuggling)

On May 4, 2018, at approximately 4:03 am, defendant WEBB made application for admission into the United States from Mexico at the San Ysidro, California Port of Entry via vehicle primary lane number 13. Defendant was the driver and sole visible occupant of a gray 2003 Nissan Maxima (the vehicle) bearing California license plate 4XBT992. The vehicle is registered to defendant WEBB at Orange Avenue in Chula Vista, the address of defendant's girlfriend. Defendant WEBB resides in Mexico, but currently attends MAAC High School in Chula Vista. Defendant WEBB has crossed in this vehicle approximately 20 times during the time period of March 22, 2018 to May 4, 2018. Defendant WEBB was the only driver of his vehicle as he crossed into the United States.

Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented his valid United States passport. The CBP Officer asked Defendant if he had anything to declare and Defendant stated no. The CBP Officer asked Defendant again if he had anything to declare and Defendant stated in the Spanish language "hay personas atras" (there are people behind). The CBP Officer asked Defendant to open the trunk and she observed two subjects laying down inside the trunk. The CBP Officer radioed for assistance and CBP Officers responded. Defendant was escorted to the Security Office for further processing and the vehicle was driven to the vehicle secondary lot for further inspection.

One of the individuals in the trunk was Jose Carmen NAVA-Bautista, a native and citizen of Mexico with no legal status in the U.S. During an interview with NAVA-Bautista, he claimed that he had no status in the U.S. and was a native and citizen of Mexico. NAVA-Bautista claimed that he was going to Stockton for work and that his sister made smuggling arrangements for a fee of $14,000 to be smuggled into the United States. He flew from Michoacan and stated in Tijuana for 20 days. He was placed in the trunk by an unknown individual. He did not see the driver. He could not get out of the trunk on his own.

The second person in the trunk of defendant's vehicle was a Chinese national, identified as Ming LIN, a citizen and national of China with no legal status in the national. She did not have any documents to enter, live or reside in the United States. She previously requested a visa but was denied. Approximately one month ago, she flew from Beijing, China to Tijuana, Mexico. She stated her church in China made the smuggling arrangements for an unknown fee. She was going to New York, New York for work. She said that she was taken to multiple

hotels for the past 30 days in Tijuana. She claimed that she was placed in the trunk for approximately an hour prior to her apprehension at the Port.

Executed on May 5, 2018 at 11:26 AM

_____
Keith Banks, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 4 pages, I find probable cause to believe the defendant PHILLIP JUNIOR WEBB, named in this probable cause statement, committed the offenses as charged in Counts 1 and 2 in violation of Title 21 USC 846 and 841 and Title 8 USC 1324(a)(2)(B)(ii).

_____
Hon. Bernard G. Skomal
United States Magistrate Judge

12:13 PM, May 5, 2018
_____
Date/Time

Page 4